IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
APR 2 6 2017
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

JONATHAN S. SEARLES

Case No. 2:17mj236
Court Date: April 28, 2017

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)-Violation Notice No. 1170406

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 24, 2017, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JONATHAN S. SEARLES, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-266.)

#### COUNT TWO
(Misdemeanor)-Violation Notice No. 1170409

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 24, 2017, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, JONATHAN S. SEARLES, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT THREE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 24, 2017, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, JONATHAN S. SEARLES, did unlawfully, knowingly, and intentionally possess cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT FOUR
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 24, 2017, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, JONATHAN S. SEARLES, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

COUNT FIVE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 24, 2017, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, DWIGHT N. SNOWDEN, did unlawfully consume an alcoholic beverage while operating a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia Section 18.2-323.1)

       Respectfully submitted,

       Dana J. Boente
       United States Attorney

By: *[signature]*
       James T. Cole
       Special Assistant U.S. Attorney
       Office of the U.S. Attorney
       101 West Main Street, Suite 8000
       Norfolk, VA 23510
       Ph: (757) 441-6712
       Fax:(757) 441-3205
       James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*[signature]*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

25 April 2017
Date

3