AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:17-mj-00236-RJK |
| Jonathan S. Searles | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonathan S. Searles

Date:   04/28/2017

*Attorney's signature*

Barry Randolph Koch, VSB# 16609
*Printed name and bar number*

Inman & Strickler, PLC
575 Lynnhaven Parkway, Ste. 200
Virginia Beach, VA 23452

*Address*

bkoch@inmanstrickler.com
*E-mail address*

(757) 486-7055
*Telephone number*

(757) 431-0410
*FAX number*