**MISDEMEANOR MINUTES:**

| | |
|---|---|
| Time Set: 9:00 a.m. | Date: April 28, 2017 |
| Time Started: 9:04 AM | Presiding Judge: Robert J. Krask |
| Time Ended: 9:11 AM | Courtroom Deputy: Angie Forehand |
| Recorded by: FTR | U.S. Attorney: James Cole/~~Dee Sterling~~ |
| | Defense Counsel: Barry Koch |
| Case Number: 2:17mj236 | (✓) Retained  ( ) Court-appointed |
| | ( ) AFPD  ( ) Waived Counsel |

USA v. JONATHAN S. SEARLES

**COUNTS:**
1) DUI
2) Possess Marijuana
3) Possess Cocaine
4) Illegal transport of firearm
5) Consume alcohol while driving m/v

(✓) Present  ( ) In custody  ( ) No appearance  ( ) Excused Prior to Court
(✓) Initial Appearance  ( ) Docket Call  ( ) Plea of Guilty  ( ) Bench Trial  ( ) Jury Trial
(✓) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights Form executed and filed in open court.
(✓) Government motion: ( ) Warrant  ( ) Summons  ( ) Continue  ( ) DWOP  ( ) DWP
(✓) Other Amend Ct. 5 *   ( ) Granted  ( ) Denied      * change name of
(✓) Defendant motion: (✓) Continue  ( ) Judgment of Acquittal  ( ) Strike     shoulder
( ) Other _____   (✓) Granted  ( ) Denied        to name of dft
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $____/mo. begin ____
( ) Defendant will to retain counsel. (✓) Retained Counsel Barry Koch
(✓) Case continued to 9:00 a.m. on 6/7/17
(✓) Bond set ___ PLC ___ with the following conditions of release:

1) (✓) Probation Office supervision
2) ( ) Shall not operate m/v after consuming alcohol
3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so
4) ( ) No consumption (✓) No excessive use of alcohol
5) (✓) Substance abuse testing and if positive treatment as deemed necessary by PO.
6) ( ) Mental health evaluation and treatment as deemed necessary by PO
7) ( ) No use/possession of narcotic/controlled substance unless prescribed by physician
8) ( ) _____

( ) Proffer
( ) Statement by Defendant
( ) Found Guilty   ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody

( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $____ | 1) $____ | 1) $____ | 1) $____ |
| 2) $____ | 2) $____ | 2) $____ | 2) $____ |
| 3) $____ | 3) $____ | 3) $____ | 3) $____ |
| 4) $____ | 4) $____ | 4) $____ | 4) $____ |

( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.