# MISDEMEANOR MINUTES:

| | |
|---|---|
| Time Set: 9:00 | Date: 6/7/17 |
| Time Started: 9:14 am | Presiding Judge: Robert J. Krask |
| Time Ended: 9:36 am | Courtroom Deputy: Cristi Nock |
| Recorded by: FTR | U.S. Attorney: James Cole, SAUSA |
| | Defense Counsel: Barry Koch |
| Case Number: 2:17mj234 | (✓) Retained ( ) Court-appointed |
| | ( ) AFPD ( ) Waived Counsel |

USA v. Jonathan Searles

COUNTS:
1) DUI
2) Poss marijuana
3) Poss Cocaine
4) Transport firearm on base
5) Consume alcohol while driving

(X) (X) Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
( ) Initial Appearance ( ) Docket Call (X) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
(X) Defendant advised of rights.   to ct. 1
(X) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
(X) Acknowledgment of Rights Form executed and filed in open court.
(X) Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ) DWOP (X) DWP cts. 2-5
( ) Other _____  (X) Granted  ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____  ( ) Granted  ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will to retain counsel. ( ) Retained Counsel _____
( ) Case continued to 9:00 a.m. on _____
( ) Bond set _____ with the following conditions of release:

1) ( ) Probation Office supervision
2) ( ) Shall not operate m/v after consuming alcohol
3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so
4) ( ) No consumption ( ) No excessive use of alcohol
5) ( ) Substance abuse testing and if positive treatment as deemed necessary by PO.
6) ( ) Mental health evaluation and treatment as deemed necessary by PO
7) ( ) No use/possession of narcotic/controlled substance unless prescribed by physician
8) ( ) _____

(X) Proffer
( ) Statement by Defendant
(X) Found Guilty of ct. 1 ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody

( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $ 500 | 1) $ 25 | 1) $ — | 1) $ — |
| 2) $ — | 2) $ — | 2) $ — | 2) $ — |
| 3) $ — | 3) $ — | 3) $ — | 3) $ — |
| 4) $ — | 4) $ — | 4) $ — | 4) $ — |

( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
(X) Probation: 12 mos · _____ ( ) Supervised Release: _____
(X) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.

( ) _____

## SPECIAL CONDITIONS OF PROBATION / SUPERVISED RELEASE:

(X) Defendant prohibited from operating a motor vehicle on a public highway for a period of ___1___ (X) year(s) ( ) month(s)
( ) Defendant to pay fine and special assessment ( ) immediately ( ) within the first ____ months of probation.
( ) Defendant to participate in a ( ) drug ( ) alcohol ( ) substance abuse ( ) mental health education and treatment program as directed by the U. S. Probation Office. ( ) at defendant's expense.
(X) Restricted License Order as directed by the U.S. Probation Office.
(X) Defendant shall serve ___150 hrs.___ community service.
( ) Defendant to make restitution in the sum of $ _____ to _____
( ) Defendant to submit to random urinalysis testing as directed the U.S. Probation office.
( ) Defendant shall refrain from any unlawful use of a controlled substance.
( ) Defendant is directed to participate in a theft prevention program as directed by the U. S., Probation office.
( ) Defendant directed to serve _____ days in jail ( ) Remanded ( ) Report as directed by U.S. Probation Office ( ) jail time may be served on weekends as directed by U.S. Probation
(X) _alcohol education / treatment_
(X) _Not consume alcohol to excess._
( ) _____
( ) _____

## WITNESSES:

Govt. _____    Deft _____

Govt. _____    Deft _____

Govt. _____    Deft _____

Govt. _____    Deft _____

Govt. _____    Deft _____

Govt. _____    Deft _____

## EXHIBITS:

Govt. _____    Deft _____

Govt. _____    Deft _____

Govt. _____    Deft _____

Govt. _____    Deft _____

Govt. _____    Deft _____

Govt. _____    Deft _____