

FILED
AUG 14 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jonathan S. Searles      Criminal No. 2:17mj236

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant is prohibited from the consumption of alcohol while on probation.

Witness: _____      Signed: _____
U.S. Probation Officer                                  Probationer or Supervised Releasee

8/10/17
Date

Respectfully,

### ORDER OF COURT

Considered and ordered this 14th day of August, 20 17 and ordered filed and made a part of the records in the above case.

/s/
Robert J. Krask
United States Magistrate Judge
**United States Magistrate Judge**

U.S. Probation Officer

Place   Norfolk, Virginia

Date   8/10/2017

PROB 49
(Mod.ED/VA-Rev. 03/04)